UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

JOSEPH SEAN CAMPBELL

CIVIL ACTION

VERSUS

NO. 15-417-JJB-RLB

CAROLYN COLVIN,
COMMISSIONER OF THE SOCIAL
SECURITY ADMINISTRATION

## ORDER

For the written reasons assigned and filed herein:

IT IS ORDERED  the decision of the Commissioner's decision is AFFIRMED and

the claimant's complaint is DISMISSED.

Baton Rouge, Louisiana, this 28th day of September, 2016.

_____
JAMES J. BRADY, JUDGE
MIDDLE DISTRICT OF LOUISIANA