UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

JOSEPH SEAN CAMPBELL

VERSUS

CAROLYN COLVIN,
COMMISSIONER OF THE SOCIAL
SECURITY ADMINISTRATION

CIVIL ACTION

NO. 15-417-JJB-RLB

## RULING

The court has carefully considered the petition, the record, the law applicable to this action, and the Report and Recommendation of United States Magistrate Judge Richard L. Bourgeois, Jr. dated June 15, 2016 (doc. no. 16) and the Supplemental Report and Recommencation dated September 23, 2016 (doc. no. 19). The plaintiff filed an objection (doc. no. 17) and a supplemental objection (doc. no. 20) which largely restates his prior arguments, and to the extent that the factual objections have been raised, the court has conducted a *de novo* review and finds that the decision of the Administrative Law Judge is supported by substantial evidence.

Therefore, the court hereby approves the report and recommendation of the magistrate judge and adopts it as the court's opinion herein. Accordingly, the decision of the Commissioner's decision is AFFIRMED and the Plaintiff's appeal is DISMISSED, with prejudice.

Baton Rouge, Louisiana, this 28th day of September, 2016.

JAMES J. BRADY, JUDGE
MIDDLE DISTRICT OF LOUISIANA